UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

SF04006 (rev 08/2013)

In re:

**Benjamin Allen Bebout**,
SSN: xxx–xx–8964    EIN: NA
   1211 Rippey Rd.
   Mount Vernon, IN 47620

**Davina Elizabeth Bebout**,
SSN: xxx–xx–0399    EIN: NA
   fka Davina Elizabeth Sales
   1211 Rippey Rd.
   Mount Vernon, IN 47620
      Debtor(s).

Case No. **10–71820–BHL–13**

## NOTICE OF NO DISCHARGE FOR ONE JOINT DEBTOR

**NOTICE IS GIVEN** that this case was closed without a discharge pursuant to 11 U.S.C. § 1328(f)as to Benjamin Allen Bebout only.

Dated:  January 14, 2015

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court